cJ𝓁
4.14.14

JGW:USAO#2011R0452

FILED
U.S. DISTRICT COURT
IN THE UNITED STATES DISTRICT COURT DISTRICT OF MARYLAND
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | · 2014 APR 17  P 4: 25 |
| | * | |
| | * | CLERK'S OFFICE |
| | * | AT BALTIMORE |
| v. | * | CRIMINAL NO: ⓒGLR14-0186 |
| | * | |
| RICHARD BYRD | * | |
| MAURICE JONES | * | ( Conspiracy to Distribute and Possess |
| RASAN BYRD, | * | with Intent to Distribute Cocaine and |
| Defendants. | * | Marijuana, 21 U.S.C. § 846) |
| | * | |

\*\*\*\*\*\*\*\*

INDICTMENT

The Grand Jury for the District of Maryland charges that:

From in or about 2009, and continuing through the date of this Indictment, in the District of Maryland, Texas, Arizona, California and elsewhere,

**RICHARD BYRD**
**MAURICE JONES and**
.  **RASAN BYRD,**

the defendants herein, did knowingly, willfully and unlawfully combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury to knowingly, intentionally, and unlawfully distribute and possess with intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of  cocaine,   a   Schedule   II controlled substance, and one thousand kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code Section 841(a)(1).

21 U.S.C. § 846

1

Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date: 4-17-14