**SEALED**

AO 442 (Rev. 01/09, MD 6/09) Arrest Warrant

U.S. MARSHAL
BALTIMORE, MD

2014 APR 18 AM 9:45

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 JUN -3 P 4: 18

CLERK'S OFFICE
AT BALTIMORE

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 APR 17 P 4: 25

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Maryland

United States of America
v.

Richard Byrd
*Defendant*

Case No. GER-14-0186

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Richard Byrd

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
21 U.S.C. § 846 – Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Marijuana

Date: April 17, 2014

*Issuing officer's signature*

Address: 101 W. Lombard Street
Baltimore, Md. 21201

Susan K. Gauvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* Apr 17 2014, and the person was arrested on *(date)* Apr 17 2014
at *(city and state)* Baltimore, Maryland.

Date: 6/3/14

*Arresting officer's signature*

Christopher Graham
*Printed name and title*