# EXHIBIT 1

## RICHARD BYRD'S PERSONAL HISTORY

**TO:** JUDGE MICHELLE BURNS
**FROM:** KENNETH W. RAVENELL
**RE:** *UNITED STATES V. RICHARD BYRD*
**CASE NO.:** 14-MF-07263-BSB
**DATE:** MAY 13, 2014

Richard Byrd (hereinafter "Mr. Byrd") is 40 years old and has been self-employed as an **Event and Branding Specialist** for approximately 15 years. As an Event and Branding Specialist, Mr. Byrd organizes and produces entertainment events in cities throughout the United States. Additionally, Mr. Byrd creates brand awareness for major companies such as Hennessy, Moet, Courvoisier Cognac, Ciroc Vodka and many others.

Mr. Byrd regularly hires celebrities, most often from the music and sports industries, to host these events or to make guest appearances. A few of the celebrities who have appeared for Mr. Byrd at these events include Sean "P Diddy" Combs of Bad Boy Entertainment, Jay-Z (Sean Carter), former CEO of Def Jam Recordings and one of the founders of Roc-A-Fella Records and one of the owners of the New Jersey Nets basketball team, former NFL great Warren Sapp, Usher, Michael Vick of the Philadelphia Eagles, NBA Hall of Famer Magic Johnson, LeBron James and Dwyane Wade of the Miami Heat, and former NBA great Shaquille O'Neal. Often, these events are scheduled around major sporting events, such as the Super Bowl, NBA All Star weekend, or holiday weekends, such as Memorial Day and the 4th of July. Mr. Byrd has produced functions in major cities such as Las Vegas, Miami, Houston, Los Angeles, Washington D. C. and Atlanta. **(We have representative contracts, invoices, photographs, flyers and emails culled from thousands of pages of business documents).** Additionally, Mr. Byrd regularly employed local police officers as security at his events.

Prior to his current and recent ventures, Mr. Byrd organized, coordinated, and promoted social events from 2003 to 2007 at Vision, the most popular nightclub in Houston and prior to that Mr. Byrd served as the Marketing Executive and men's buyer at Von-a-Don, a retail clothing store in Baltimore. Von-a-Don is also one of the pseudonyms under which Mr. Byrd conducted his event and branding business. Other pseudonyms he uses in his event and branding business are Deandre Byrd Entertainment and 10 Fingers Entertainment.

Mr. Byrd is the father of four children whom he fully supports. Three of his children are enrolled in private schools on the east coast. He is very much involved in the lives of each of his children and has made every effort to provide them a life that he did not know during his formative years, particularly one with their father ever present in their lives. He is determined to remain a constant and supportive presence in their lives.

Memorandum to Court
May 13, 2014
Page 2 of 2

      Recognizing that he has been fortunate and blessed, when Mr. Byrd was living and doing business in Houston, Texas, Mr. Byrd organized and hosted an annual Thanksgiving dinner for the disadvantaged and homeless at Vision nightclub. This event was coordinated with a local radio station 97.9 The Box. **(We are in possession of representative documentation)** During the holidays in the winter, Mr. Byrd would also give gifts to the underprivileged children in the community. Additionally, Mr. Byrd would host Bad Boy weekends with P Diddy in the Houston area where he would rent out an auditorium for the performance and give away 500 tickets to children with high GPAs to encourage those children to continue to strive to achieve a quality education.