# EXHIBIT 3







# KEVIN DURANT  2 CHAINZ  JAS PRINCE  DIDDY



DB ENT, BHG ENT & AG ENT PRESENT

# ALLSTAR WEEKEND
## CELEBRATION



## FRIDAY FEB. 15TH - SUNDAY FEB. 17TH

9371 RICHMOND AVENUE HOUSTON, TX 77063



# CARMELO ANTHONY  T.I. JEEZY  TRINIDAD JAME$









ALLSTARPARTIES2013.COM
FOR INFO AND TABLE RESERVATIONS CALL 713.534.1594






CÎROC
ULTRA PREMIUM





## TICKET LOCATIONS

BIG THO'S SMOKE SHOP
5909 (B) SCOTT ST 713.534.1594

IT'S ON
5085 WESTHEIMER RD 713.504.0323

EXOTIC DIAMONDS
5757 WESTHEIMER RD 713.783.6786

JOHNNY DANG
253 SHARPSTOWN CTR 713.777.2026

KELE'S KLOSET
5959 RICHMOND STE 230
(CORNER OF FOUNTAIN VIEW)
832.677.9262

GEORGIO'S
GREENSPOINT MALL
12300 NORTH FRWY
281.877.0505

DB ENTERTAINMENT, BHG ENT., CHECKBE8T INT & AG ENTERTAINMENT., PRESENTS

DIDDY+JEEZY+LEBRON
JAMES HARDEN+LAZ ALONSO








ALLSTAR WEEKEND
THURS. FEB 14TH - SUN FEB. 17TH

@ The Drake
LUXURY OASIS TENT
1902 WASHINGTON AVENUE HOUSTON, TX 77007

ALLSTARPARTIES2013.COM











