# EXHIBIT 6

## ONYX GENTLEMAN'S CLUB
## NBA ALLSTAR WEEKEND RENTAL AGREEMENT

This is a venue rental agreement (the "Agreement") between TRUMPS Inc d/b/a ONYX GENTLEMAN'S CLUB located at 3113 Bering Drive, Houston, Texas 77057 (hereinafter "ONYX") AND LOC MARKETING AND DB ENTERTAINMENT (hereinafter "Promoters") dated this 28th day of June 2012. Both are collectively referred to as a "parties or individually as a party" to this Agreement. Parties are represented respectively, by Ian Crissman, as the authorized representative of ONYX GENTLEMAN'S CLUB and LOC MARKETING AND DB ENTERTAINMENT, both of who will ensure that the responsibilities and obligations as stated herein are carried out.

For such and other valuable consideration stated herein, the Parties mutually agree to the covenants and conditions contained herein and agree as follows:

1. PURPOSE: Onyx agrees to allow Promoters to utilize the club for the NBA Allstar Weekend for the dates February 14, 2013 - February 17, 2013. For such and other valuable consideration stated herein promoters agree to pay Onyx a flat fee to acquire all revenues associated with operation of gentlemen's club for NBA ALL STAR WEEKEND.

2. FEES:  In consideration of the performance by Onyx of the Obligations listed below, and such other valuable consideration stated herein, Promoters agree to pay a flat fee totaling Two Hundred Fifty Thousand Dollars $250,000.00. The fee shall be paid as follows: Fifty Thousand Dollars ($50,000.00) due at time of signing agreement and paid no later than seven days after execution of Agreement. The remaining balance shall be paid as follows: $50,000.00 on or before September 1, 2012, $75,000.00 on or before November 1, 2012 and $75,000.00 due on or before January 15, 2013.

3. REVENUES: **PROMOTERS** and **ONYX GENTLEMAN'S CLUB** **REVENUE AGREEMENT IS AS FOLLOWS:**

ONYX agrees to give the promoters full rights and control of the door sales, section sales, and admission to the venue. Accordingly, PROMOTERS shall receive 100% of any and all also admission, door, backroom, VIP room or section sales. Promoter shall receive 100% of any sponsorship or promotion revenues and have right to secure such for the above referenced Allstar weekend;

ONYX agrees that **PROMOTERS** shall receive 100% of all net sales sold that weekend. The net sales are defined as Gross sales less attributed taxes and costs of goods. Alcoholic Beverage sales shall include all individual drink sales, beer sales, mixer sales and bottle sales. Promoter shall receive and control any rights to Alcoholic beverage sponsorship for the above referenced weekend. Promoter shall also have right to restrict sale and determine brands of liquor sold and stocked that weekend;



ONYX agrees to give the promoters full rights at setting admission and section fees. Accordingly, PROMOTERS shall receive 100% of any and all also admission, door, backroom, VIP room or section sales. Promoter shall receive 100% of any sponsorship or promotion revenues and have right to secure such for the above referenced Allstar weekend

The parties also agree that Promoters shall receive 100% of all monies and/or fees paid to ONYX from valet and self parking revenues generated from club parking lot or any other parking lot own or operated by Onyx within one mile of club. Notwithstanding any previously executed agreements Promoters shall have right to make decisions for operation of and set fees for valet;

The Promoters will pay for all costs including but not limited to liquor costs, security, bar staff, bouncers, and all officers as additional security;

The promoters will pay for all advertising costs as deemed by promoters including but not limited to radio advertisement, internet advertisement, and flyers/street team advertisement; and

The promoters will also pay for the main DJ and shall determine who that DJ will be;

It is further Agreed, that ONYX will at all times remain in control and that all parties adhere to all local, state, and federal laws; and that ONYX will settle all payments to PROMOTERS by February 28, 2013.

IT IS UNDERSTOOD THAT ALL FEES PAID ARE NON-REFUNDABLE.

The Parties hereto irrevocably submit to the jurisdiction of the state and federal courts in the State of Texas, and agree that venue for any dispute concerning this Agreement shall be in Houston, Harris County, Texas.

**IN WITNESS WHEREOF**, the Parties to this Agreement have duly executed it as of the date first above written.

By: _____
   Authorized Representative
(DB Entertainment and Loc Marketing)

By: _____
ONYX GENTLEMAN'S CLUB (authorized agent)

