IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. GLR-14-0186 |
| RICHARD BYRD, | * |
| RASAN BYRD | * UNDER SEAL |
| KIMBERLY REID | * |
| JAMES BOWIE, and | * |
| RICHARD DRUMMOND | * |
| | * |
| Defendants | * |

\* \* \* \* \*

## MOTION TO UNSEAL CASE AND CASE DOCUMENTS

The United States of America, by its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland and James G. Warwick, Assistant United States Attorney for said District, respectfully request an order from the Court unsealing the above-captioned case and in support states the following:

1. On July 24, 2014, the defendants were charged in a two-count superseding indictment alleging conspiracy to distribute cocaine and marijuana and conspiracy to launder money.

2. Pursuant to the Government's motion, the court order that the Indictment be sealed until the arrest warrant for defendants Kimberly Reid, James Bowie, and Richard Drummond had been executed.

3. On August 6, 2014, Richard Drummond was arrested in Baltimore, MD for his outstanding warrant in this case.

4. Kimberly Reid and James Bowie have agreed to surrender themselves to the U.S. Marshals.

5. There is no reason for this matter to remain under seal.

**WHEREFORE**, the government requests that all case documents not subject to a separate sealing order be unsealed, EXCEPT for the government's motion to seal the indictment, which should remain sealed.

Respectfully Submitted,

Rod J. Rosenstein
United States Attorney

_____
James G. Warwick
Assistant United States Attorney