IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. GLR-14-0186 |
| RICHARD BYRD, | * |
| RASAN BYRD | * UNDER SEAL |
| KIMBERLY REID | * |
| JAMES BOWIE, and | * |
| RICHARD DRUMMOND | * |
| | * |
| Defendants | * |

\* \* \* \* \*

## ORDER

Upon consideration of the Government's Motion to Unseal Case and Case Documents and the reasons set forth therein, it is this _7th_ day of _August_ 2014,

**ORDERED**, that the case and all case documents not subject to a separate sealing order in the above-captioned case be and hereby are **UNSEALED**, except for the government's Motion to Seal Indictment, which shall remain **SEALED**, and it is further

**ORDERED**, that the Clerk of this Court take appropriate measures in connection with the unsealing of the case documents in the above-captioned case.

Stephanie A. Gallagher
UNITED STATES MAGISTRATE JUDGE