# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

United States of America
v.

Richard Drummond
*Defendant*

Case No. RDB-14-0186

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Richard Drummond,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☒ Superseding Indictment  ☐ Information  ☒ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
21 U.S.C. § 846 – Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Marijuana
21 U.S.C. § 1956(h) – Conspiracy to Launder Money

Date: July 24, 2014

*Issuing officer's signature*

Address: 101 W. Lombard Street
Baltimore, Md. 21201

Beth P. Gesner, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/7/14, and the person was arrested on *(date)* 8/6/14
at *(city and state)* Laurel, MD.

Date: 8/7/2014

*Arresting officer's signature*

Kevin Ermer, TFO
*Printed name and title*