**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | *   CRIMINAL. NO. RDB-14-0186 |
| | * |
| **RICHARD BYRD** | * |
| | * |
| | * |
| | ******* |

**NOTICE OF ENHANCED PENALTY**

The United States of America, by its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and James G. Warwick and Kenneth S. Clark, Assistant United States Attorneys, hereby notifies the Defendant, RICHARD BYRD, pursuant to 21 U.S.C. Sections 841 and 851(a), that he is subject to the imposition of an enhanced penalty as a result of having been previously convicted of one or more felony drug offenses.   In support, the United States submits the following:

1.   On or about June 17, 1998, the Defendant, RICHARD BYRD, was convicted in case number 593070019 in the Circuit Court for Baltimore City, of the crimes of possession with the intent to manufacture/distribute drugs and conspiracy.   A copy of the certificate of conviction is attached hereto and made part hereof.

2.   The above-listed offense is a felony drug offense within the meaning of 21 U.S.C. Sections 802 (12), (13).   The enhanced penalty provisions of 21 U.S.C. 841 and 851(a) have therefore been triggered.

        Respectfully submitted,

        Rod J. Rosenstein
        United States Attorney


By:_____/s/_____
        James G. Warwick
        Kenneth S. Clark
        Assistant United States Attorneys
        36 South Charles Street
        Fourth Floor
        Baltimore, Maryland 21201-2692
        (410) 209-4800

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this _____12th_____ day of ___December_____, 2014, a copy of the foregoing Notice of Enhanced Penalty was e-mailed to counsel of record: William C. Brennan, Esquire, and electronically filed with the Court on December 12, 2014.

        _____/s/_____
        James G. Warwick
        Assistant United States Attorney