# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**Chambers of**
**Richard D. Bennett**
**United States District Judge**
**Northern Division**

**U.S.Courthouse - Chambers 5D**
**101 W. Lombard Street**
**Baltimore, MD 21201**
**Tel:  410-962-3190**
**Fax: 410-962-3177**

January 28, 2015

## LETTER ORDER

TO: COUNSEL OF RECORD

      RE:    *USA v. Richard Byrd, et al.*
                Criminal No. RDB-14-0186

Dear Counsel:

This will confirm the telephone conference of today with respect to a REVISED SCHEDULING ORDER in this case.  The Scheduling Order is REVISED as follows:

| | |
|---|---|
| **Defendants' Motions Deadline** | **April 3, 2015** |
| **Government Response** | **April 24, 2015** |
| **Motions Hearing** | **May 29, 2015 at 10:00 a.m.** |
| **Pretrial Conference** | **June 30, 2015 at 4:00 p.m.** |
| **Jury Trial (3 weeks)** | **July 6, 2015** |

Counsel for Defendant Reid is to enter his appearance immediately.  The Court will contact counsel for James Bowie, who has notified the Court of his need to withdraw from this case.

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

Sincerely,

/s/

Richard D. Bennett
United States District Judge