# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**Chambers of**                                              **U.S.Courthouse - Chambers 5D**
**Richard D. Bennett**                                       **101 W. Lombard Street**
**United States District Judge**                             **Baltimore, MD 21201**
**Northern Division**                                        **Tel:  410-962-3190**
                                                             **Fax: 410-962-3177**

January 28, 2015

## LETTER ORDER

Craig A. Washington, Esquire
The Craig Washington Law Firm
1000 The Houston Building
2323 Caroline
Houston, TX 77004

> RE:   *USA v. James S. Bowie*
>        Criminal No. RDB-14-0186

Dear Mr. Washington:

In light of your recent correspondence to me concerning an issue with respect to

your license to practice law, I discussed this matter with Government counsel and other

defense counsel in a telephone conference today.  With agreement of all counsel in the

case, I telephoned you this afternoon to discuss the above-captioned case.  It is my

understanding that you will be meeting with your client James S. Bowie, this Friday,

January 30, 2015.  It is agreed and understood that you will be withdrawing your

appearance in this case and that Mr. Bowie will advise my chambers by telephone call on

Monday, February 2, 2015 whether he will be retaining other counsel or requesting court-

appointed counsel in this matter.

Any lawyer representing Mr. Bowie must abide by the following schedule, which has

been agreed to by all other counsel in this case:

**Defendants' Motions Deadline**      **April 3, 2015**

**Government Response**      **April 24, 2015**

**Motions Hearing**      **May 29, 2015 at 10:00 a.m.**

**Pretrial Conference**      **June 30, 2015 at 4:00 p.m.**

**Jury Trial (3 weeks)**      **July 6, 2015**

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

Sincerely,

/s/

Richard D. Bennett
United States District Judge