```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

|   |   |
|---|---|
| UNITED STATES OF AMERICA | : |
|   | : |
| v. | : Criminal No. DKC 14-186-1 |
|   | : |
| RICHARD BYRD | : |
|   | : |

**ORDER**

Richard Byrd was permitted to file a Motion for Early Termination of Supervised Release under seal. ECF Nos. 584, 586. The Government responded, filing both a Motion to Seal and a Response, both under seal. ECF Nos. 589, 590. The motion to seal itself reveals some of the basis for the sealing request and the response amplifies and provides other reasons. The request to seal is well taken and no alternative to sealing is viable. Accordingly, the motion to seal (ECF No. 589) will be granted. In addition, this court needs to discuss both the basis for the motion and the response, as well as the reasons for decision. Accordingly, the memorandum opinion will also be filed under seal, although the order will not.

Accordingly, it is this 6th day of February, 2024, by the United States District Court for the District of Maryland, ORDERED that:

1. The Government's motion to seal (ECF No. 589) BE, and the same hereby IS, GRANTED;

2. This court's Memorandum Opinion (ECF No. 591) is SEALED; and

3. The court will transmit copies of this Order to counsel for the parties.

                                                   /s/
                                      DEBORAH K. CHASANOW
                                      United States District Judge